IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HUNT REFINING COMPANY, a
Corporation,

    Plaintiff,

v.

DAVID TAYLOR
CONSTRUCTION, INC., a corporation

    Defendant.
_____/

Case No. 1:24-cv-00188-LAG

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO WITHDRAW AS COUNSEL

Ian E. Smith, Esquire and Spire Law firm ("Defendant's counsel") hereby moves the Court for an Order allowing them to withdraw their Motion to Withdraw as Counsel, [Doc. 18.]  Defendant's counsel sought to withdraw as counsel based on Defendant's failure "to comply with its financial obligations as set forth in the Client's engagement agreement."  [*Id.*, pp. 2-3.]  Based on recent events, Defendant has complied with its obligations to Defendant's counsel and the grounds on which Defendant's counsel based their motion have been satisfactorily addressed.

Accordingly, Defendant respectfully withdraws its motion for withdrawal of counsel. Counsel for the parties have conferred regarding the instant motion and Plaintiff has no objection to the relief requested herein.

Respectfully submitted this 9th day of September 2025.

>Spire Law, PLLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By: */s/ Ian E. Smith*
>Ian E. Smith, Esq.
>Georgia Bar No. 661492
>ian@spirelawfirm.com

## CERTIFICATE OF SERVICE

I certify on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record. A copy of the same has also been provided via email to

David Taylor
233 US Highway 319
P.O. Box 1704 Moultrie GA, 31776
dtaylorcon@gmail.com

This 9th day of September, 2025.

>*/s/ Ian Smith*
>Attorney