IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| HUNT REFINING COMPANY, a corporation, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-188(LAG) |
| | * |
| DAVID TAYLOR CONSTRUCTION INC., a corporation, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 11, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $190,521.89.  The amount shall accrue interest from the date of entry of judgment at the rate of 3.75 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 11th day of September, 2025.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk