IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HUNT REFINING COMPANY, a
Corporation,                                             Case No. 1:24-cv-00188-LAG

    Plaintiff,

v.

DAVID TAYLOR
CONSTRUCTION, INC., a corporation

    Defendant.
_____/

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that **David Taylor Construction, Inc.**, the Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered in this action on September 12, 2025, by the Honorable Leslie A. Gardner, United States District Judge.

This appeal is taken pursuant to **Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure**.

Respectfully submitted,

    Dated this 14th day of October, 2025.

1

Respectfully submitted,
SPIRE LAW, PLLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765

By:*/s/ Ian Smith, Esq.*
Ian Smith, Esq.
Georgia Bar No. 661492
ian@spirelawfirm.com
filings@spirelawfirm.com
***Attorneys for Defendants.***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the 11th circuit system, which will send a notice of electronic filing to all counsel of record.

/s/ *Ian Smith*
Attorney